IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 23-cv-2560<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Young B. Kim |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on GRUMPY CAT LIMITED's Motion for a Preliminary Injunction against the Defendants identified in Schedule A, and this Court having considered the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction as follows against the Defendants identified in Schedule A attached hereto (collectively, the "Defendants").

THIS COURT HEREBY FINDS, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products bearing infringing and/or counterfeit versions of Plaintiff's GRUMPY CAT Trademarks and Copyrights (the "GRUMPY CAT Products"). In this case,

1

Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the GRUMPY CAT Trademarks and Products. *See* Docket No. 13, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the GRUMPY CAT Trademarks and Copyrights.

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has made a *prima facie* showing of trademark infringement because (1) the GRUMPY CAT Trademarks are distinctive marks and registered with the U.S. Patent and Trademark Office on the Principal Register as U.S. Trademark Registration Nos. 4,907,212, 5,516,378, 4,820,434, 4,417,549, 4,672,289, 5,073,528, 4,527,097, 4,930,286 and 4,907,213 for the GRUMPY CAT Trademarks and Plaintiff's registered copyrights VA 1-911-607, VA 1-882-406, VA 1-963-544, VA 1-996-074, VA 2-023-702, VA 2-111-353, VA 2-134-675, VA 1-886-880, VA 1-966-135, VA 1-941-449, VA 2-008-316, VA 1-962-679, TX 8-617-793, VA 1-939-990, VA 1-899-887, VA 1-901-628, VA 1-859-983, VA 1-849-042, VA 1-849-044 and VA 1-849-043 for the GRUMPY CAT Copyrights, (2) Defendants are not licensed or authorized to use

GRUMPY CAT Trademarks and Copyrights, and (3) Defendants' use of the GRUMPY CAT Trademarks and Copyrights are causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with GRUMPY CAT LIMITED. Furthermore, Defendants' continued and unauthorized use of the GRUMPY CAT Trademarks and Copyrights irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court ORDERS that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be enjoined and restrained from:

    a. using Plaintiff's GRUMPY CAT Trademarks and Copyrights or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GRUMPY CAT Product or is not authorized by Plaintiff to be sold in connection with Plaintiff's GRUMPY CAT Trademarks and Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine GRUMPY CAT Product or other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's GRUMPY CAT Trademarks and Copyrights;

    c.    committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.    further infringing Plaintiff's GRUMPY CAT Trademarks and Copyrights and damaging Plaintiff's goodwill;

    e.    shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's GRUMPY CAT Trademarks and Copyrights or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof; and

    f.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell Counterfeit GRUMPY CAT Products.

2.    The domain name registries for the Domain Names of Defendants, including, but not limited to, Amazon.com, Inc. ("Amazon"), Fruugo, Joom, eBay, PayPal, Inc. ("PayPal"), DHgate, ContextLogic, Inc. ("Wish"), Walmart.com, Inc. ("Walmart"), Payoneer, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, disable the Domain Names of Defendants and make them inactive and untransferable until further ordered by this Court.

3. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as iOffer, Amazon, Fruugo, Joom, eBay, PayPal, DHgate, Wish, Walmart, Payoneer, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Domain Names of Defendants, and domain name registrars, shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the GRUMPY CAT Trademarks and Copyrights, including any accounts associated with the Defendants listed in Schedule A;

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the GRUMPY CAT Trademarks and Copyrights; and

    c. take all steps necessary to prevent links to the Domain Names of Defendants identified in Schedule A from displaying in search results. This includes, but is not limited to, removing links to the Domain Names of Defendants from any search index.

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Amazon shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

      a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Amazon accounts connected to the information listed in Schedule A hereto; and

      b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Fruugo shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

      a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Fruugo accounts connected to the information listed in Schedule A hereto; and

      b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Joom shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

      a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Joom accounts connected to the information listed in Schedule A hereto; and

      b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Wish shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Wish accounts connected to the information listed in Schedule A hereto; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9. eBay shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any eBay accounts connected to the information listed in Schedule A hereto; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

10. PayPal shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

11. DHgate shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any DHgate accounts connected to the information listed in Schedule A hereto; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

12. Walmart shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Walmart accounts connected to the information listed in Schedule A hereto; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

13. Payoneer shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Payoneer accounts connected to the information listed in Schedule A hereto; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

14. Plaintiff may provide notice of these proceedings to Defendants, including notice of any future hearings and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents

on a website and by sending an e-mail to the e-mail addresses identified in Schedule A hereto; and any e-mail addresses provided for Defendants by third parties accompanied by a link to the website where the above-identified documents are located. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

15. Plaintiff's Schedule A to the Complaint [Dkt. No. 7], Exhibit 2 to the Declaration of Bryan Bundesen [Dkt. Nos. 13-19] and the TRO [Dkt. No. 25] are unsealed.

16. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

17. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: June 2, 2023

_____
Andrea R. Wood
United States District Judge

**SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | guocale_50 |
| 2 | huanjiay0 |
| 3 | Hong Kong Gaoguang Technology |
| 4 | Shenzhenshi Laoshuwangluokeji Youxiangongsi |
| 5 | Humengmeng25536 |
| 6 | nnnjkkl |
| 7 | VSPINK Phone accessories |
| 8 | world design phone accessories |
| 9 | Anazonn |
| 10 | ARUU-ZAT |
| 11 | BANOBAGI VITA LLC |
| 12 | BestDuong Shop |
| 13 | BestThao Shop |
| 14 | Bodensee Online |
| 15 | BRKYZTBK Store |
| 16 | CS-Xstore |
| 17 | Dang anh tuan |
| 18 | Di Lynn |
| 19 | Dogukan Pamuk DOGUKAN |
| 20 | Ducneoshop |
| 21 | duongcolonhue |
| 22 | Erdogan Bulut KL |
| 23 | Funnytshirt |
| 24 | Gorkem Degirmenci YT Inc |
| 25 | Handmade Boy Store |
| 26 | HuongLc1 |
| 27 | IA COLLECTION |
| 28 | LYRDXDSS |
| 29 | Mehmet Solmaz MEHMET |
| 30 | MSTFBT Store |
| 31 | Muhammet Enes Atbas MEA |
| 32 | Murat Narin KB |
| 33 | NHATLETSHIRT |
| 34 | NHUNG. SOFA cross |
| 35 | QUYXIAOLIN93 |
| 36 | Shanxi Weizongyuan Information Technology Co., Ltd. |
| 37 | Shop Phước |
| 38 | Stravel Outdoor |

| | |
|---|---|
| 39 | TRAN BICHNGOC2 |
| 40 | TTBH439 |
| 41 | TUBA USTUN LLC |
| 42 | Veysel Konak LD |
| 43 | WuChengGangMeiZhouDaoShangDeWangLunKeJi |
| 44 | Yilgun Yarikkaya LV |
| 45 | yuanzhouquhegengebaihuodian |
| 46 | YunNanMiMen |
| 47 | zhijiangshidanrongshangmaoyouxiangongsi |
| 48 | zzZThiThaoZzz Store |
| 49 | HuaShao LLC |
| 50 | JINANGYF CO.,LTD |
| 51 | Liutianhao Co.,Ltd |
| 52 | mian yang xiao rui ran ke ji you xian gong si |
| 53 | nanjingwuyitianshangmao |
| 54 | Perelan LLC |
| 55 | Senyue Trading co., ltd. |
| 56 | shen zhen shi zuo li ke ji you xian gong si |
| 57 | Shenzhenshi Bosite Maoyiyouxiangongsi |
| 58 | Shenzhenshi feilidi Maoyi Youxiangongsi |
| 59 | WeitingyanCo.,Ltd |
| 60 | WESKINKE |
| 61 | Shanghai Oriland Toys Co., Ltd. |
| 62 | diyartcorner |
| 63 | hv34tkefi |
| 64 | ingdata_3 |
| 65 | reinberry |
| 66 | Wuhanqingzhiyunjiafangyouxiangongsi |
| 67 | euifyesafkf |
| 68 | fengqiao |
| 69 | FuchsiaY |
| 70 | fvnidfuiskja |
| 71 | gaojiale Store |
| 72 | Georist |
| 73 | HuYuHui |
| 74 | iZone |
| 75 | La JMZ |
| 76 | Li Dada |
| 77 | lukebo890410 |
| 78 | luoxiufennika |
| 79 | nanshengjun07 |

| 80 | nnvhuqupo |
|---|---|
| 81 | qiluyao520 |
| 82 | Sea big fish |
| 83 | wangyaru9003 |
| 84 | 6th St |
| 85 | accessoryzone |
| 86 | AcousTee |
| 87 | Amrico Nilzia |
| 88 | ANHVANBNN |
| 89 | Anikoe |
| 90 | anqingqiashangmaoyouxiangongsi |
| 91 | BKA GLOBAL |
| 92 | Buerhomie |
| 93 | Carrozzo Home Vintage |
| 94 | Colson Store |
| 95 | Creative Usa |
| 96 | DANH SHOP |
| 97 | Dau Yen Nhi |
| 98 | DST Apparel Co |
| 99 | EAADFADSFASCVD |
| 100 | Ecrtorin |
| 101 | Elizabeth Norton |
| 102 | EONXNGAGY |
| 103 | FAMOORE-SHOP |
| 104 | FayaStore |
| 105 | Funny Girl store |
| 106 | gansushengkeqiangruiruanjiankaifayouxiangongsi1 |
| 107 | Gbuzozie |
| 108 | GerberaStore |
| 109 | GIALILI |
| 110 | Gjsjcjsjcjscjjd |
| 111 | guangzhoujieyongmaoyiyouxiangongsi |
| 112 | H2 Decal |
| 113 | hefeipaliangwangokejiyouxiangongsi |
| 114 | HOANGNAMBSTR |
| 115 | HONGTHAISHOP |
| 116 | Huan's Store |
| 117 | huizegongguishangmaoyouxiangongsi8 |
| 118 | JTNFCLBAMC |
| 119 | Just for ur life |
| 120 | Kangliphone |

| | |
|---|---|
| 121 | Lara McElveen Store |
| 122 | litianchuan |
| 123 | liuranqiso |
| 124 | liusongyangjingpindian |
| 125 | Lv-ming308 |
| 126 | Manh doan bitique |
| 127 | Mariella Natali |
| 128 | Mark McKinley Store |
| 129 | MCXDSZX |
| 130 | Mefallenssiah |
| 131 | MTG Mint Card Ltd. |
| 132 | MUCHNEE |
| 133 | MYBOO |
| 134 | nguyendinhtuan220389 |
| 135 | ningbo landing fangchanyingxiao |
| 136 | P_THU_A201 Store |
| 137 | PeachVn |
| 138 | ProfessCDL |
| 139 | puwei7845858 |
| 140 | qiyingshangwu |
| 141 | qujingqilinqunuokuaishangmaoyouxiangongsi |
| 142 | RAUM MUGS |
| 143 | RENZHANGCOMPA |
| 144 | Saeng.khu810 |
| 145 | shanxifanfangkejiyouxiangongsi |
| 146 | shanxilimianmiannxikejiyouxiangongsi |
| 147 | simon_lee |
| 148 | SOULZZZ |
| 149 | SugerStore |
| 150 | Sun Mug 92 |
| 151 | sweet26 |
| 152 | taianhaiyijimaoyiyouxiangongsi |
| 153 | TB Artist |
| 154 | TeeLucky Store |
| 155 | The Oversize |
| 156 | TMUG8 Store |
| 157 | TPprinthouse |
| 158 | TRANHAIHP |
| 159 | TUNG HOANG SHOP |
| 160 | Unique Design Mug Store |
| 161 | VanCloud |

| | |
|---|---|
| 162 | vanthuc |
| 163 | wangyanjinpindian |
| 164 | wanxiujing |
| 165 | xihalgd |
| 166 | YANG XUE |
| 167 | yanzhendedian |
| 168 | yiliyasiaimaier |
| 169 | yuanzhouquhuhanjibaihuodian |
| 170 | zhaotongzhaoyangqumingqianyimaopingdian66 |
| 171 | zichaosyehbs |
| 172 | 昆明绥慈商贸有限公 |
| 173 | 李书友 |
| 174 | 金棋电商小店 |
| 175 | charle Store |
| 176 | dafu10 Store |
| 177 | diao06 Store |
| 178 | dou08 Store |
| 179 | fengyiyi Store |
| 180 | garden2010 Store |
| 181 | hai09 Store |
| 182 | landong08 Store |
| 183 | liancheng07 Store |
| 184 | lianwu04 Store |
| 185 | mang06 Store |
| 186 | shawl Store |
| 187 | soeasyshopping Store |
| 188 | 91140100MA0LT7WW9A |
| 189 | 91140105MA0LRRXG83 |
| 190 | 91140105MA0LRT408U |
| 191 | 91460000MABYRGYU07 |
| 192 | 91510107MABNUQ053G |
| 193 | 91530102MAC1AR6U1N |
| 194 | Enjoy Home Life |
| 195 | Famous2018 |
| 196 | jianxi Home tapestry |
| 197 | Painting Art Decor |
| 198 | saike-49 |
| 199 | sweetlovely |
| 200 | wangiatjm |
| 201 | YJH-050 |

| | |
|---|---|
| 202 | autopurpularget Co.ltd |
| 203 | DancingRoom |
| 204 | danduodaobao55 |
| 205 | Esst shop |
| 206 | FoShanShiChanChengQuWeiQiShangMaoYouXianGongSi |
| 207 | hefeininmiandianzishangwuyouxiangongsi |
| 208 | HEFEISUONAI |
| 209 | HUAINANSHIFANCUNSHANGMAOYOUXIANGONGSI |
| 210 | Inleife |
| 211 | Jiu Jiang Ran Da Shang Mao Co.ltd |
| 212 | K-King Seller Co. ltd |
| 213 | liudongkejiyouxiangongsi |
| 214 | LIXIN TECH |
| 215 | LueInJoy |
| 216 | lulshou |
| 217 | Mengduolai |
| 218 | Muba shop |
| 219 | Patioaro |
| 220 | PAXLYH |
| 221 | QING SUN CO.,LIMITED |
| 222 | Qiqihaerdongrangshangmaoyouxiangongsi |
| 223 | Rgcbnm Co.Ltd |
| 224 | ruiqiershangmaoltd |
| 225 | SHEN ZHEN SHI GE BO DUO DIAN ZI SHANG WU YOU XIAN GONG SI |
| 226 | SHEN ZHEN SHI YOU LI NUO WAN JU YOU XIAN GONG SI |
| 227 | Stapiowal |
| 228 | TaiY |
| 229 | thinsont |
| 230 | tmosphere |
| 231 | weifangchengkaishangmaoyouxiangongsi |
| 232 | Weilaicheng |
| 233 | wenyingqipei Co.ltd |
| 234 | Wiueurtly |
| 235 | WodoFoxo |
| 236 | WRK Fashion Co. ltd |
| 237 | wuhanhuaxinshangmaoyouxiangongsi |
| 238 | WWNER |
| 239 | xiangchengshiwanchuanwangluokejiyouxiangongsi |
| 240 | xianjiedushangmaoltd |
| 241 | XMXY Co.,Ltd |
| 242 | YiTOP Co. Ltd |

| 243 | yubikelmi Co.Ltd |
| --- | --- |
| 244 | zhongwenmaoyi |